# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-095-JCM-PAL |
| vs. | **ORDER MODIFYING BOND** |
| TRAVIS PAUL SCHULTZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the following conditions are added to the terms of supervised pretrial release imposed by the Court on March 14, 2013 (Bond, Document #9): The defendant shall submit to alcohol testing which will include breathalyzer testing as required by the Pretrial Services Officer. Additionally, any testing may be used with random frequency and include urine testing, remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release. The defendant must pay all or part of the cost of the program based upon his ability to pay as the Pretrial Services Office or supervising officer determines.

DATED this 20th day of March, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge